SAMUEL R. SMITH v. M. ELLEN SPAULDING.

[FILED MARCH 2, 1892.]

Error Proceedings: MOTION FOR NEW TRIAL NECESSARY. The rule is well settled that this court will not review a judgment of the district court on a petition in error unless the alleged errors are first called to the attention of the trial court by motion for a new trial.

ERROR to the district court for Red Willow county. Tried below before COCHRAN, J.

*J. Byron Jennings*, for plaintiff in error.

*W. S. Morlan, contra.*

POST, J.

In this case a verdict was returned against plaintiff in error and judgment entered thereon. Subsequently, a motion was made for a new trial in which certain alleged errors occurring at the trial are stated as grounds therefor. This motion, so far as the record shows, has never been disposed of, and the petition in error must, for that reason, be dismissed. Plaintiff in error should have called the attention of the district court to the rulings complained of. If such rulings were erroneous, we must presume the district court would have allowed a new trial. This rule is so well settled in this court as to render the citing of authorities unnecessary.

DISMISSED.

THE other judges concur.